UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL VALENZUELA CERVANTES,<br><br>Plaintiff,<br><br>v.<br><br>PORTER, et al.,<br><br>Defendants. | No.  2:22-cv-1961 AC P<br><br><br>ORDER |

Plaintiff, a state prisoner currently being detained at the Metropolitan Detention Center in Los Angeles, California who is proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. ECF No. 1, 2. However, the second page of the application is missing. This page contains a certificate portion of the request which must be completed by plaintiff's institution of incarceration.

In addition, plaintiff has not filed a certified copy of his inmate trust account statement for the six-month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit a completed in forma pauperis application and a certified copy of his inmate trust account statement in support of his application.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The Clerk of Court shall send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner;

1

2. Plaintiff's request to proceed in forma pauperis (ECF No. 2) is DISREGARDED as incomplete, and

3. Within thirty days from the date of this order, plaintiff shall submit the following:

    a. A completed affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, and

    b. A certified copy of his inmate trust account statement for the six-month period immediately preceding the filing of the complaint.

Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: November 14, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE