1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    RAUL VALENZUELA CERVANTES,              No.  2:22-cv-1961 AC P

12                  Plaintiff,

13          v.                                ORDER

14    PORTER, et al.,

15                  Defendants.

16

17          Plaintiff, a former state inmate and current federal inmate proceeding pro se, has filed a

18    civil rights action pursuant to 42 U.S.C. § 1983.  On November 15, 2022, plaintiff was directed to

19    submit a completed application to proceed in forma pauperis.  ECF No. 4.

20          Plaintiff has now filed a request for leave to proceed in forma pauperis pursuant to 28

21    U.S.C. § 1915.  ECF No. 8.  Plaintiff has not, however, filed the second page of the application

22    and a certified copy of his inmate trust account statement for the six-month period immediately

23    preceding the filing of the complaint, nor has he obtained the certification required on the

24    application form.  See 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the opportunity to

25    submit a properly completed application and the certified copy of his inmate trust account

26    statement in support of his application to proceed in forma pauperis.

27          In accordance with the above, IT IS HEREBY ORDERED that:

28          1.  Plaintiff's request to proceed in forma pauperis (ECF No. 8) is DISREGARDED;

                                              1

2.   Within thirty days from the date of this order, plaintiff shall submit the following:

    a.   A completed affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, and

    b.   A certified copy of his inmate trust account statement for the six-month period immediately preceding the filing of the complaint, and

3.   The Clerk of Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

DATED: December 21, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE